(Rev. 5/1)

RECEIVED
SEP 1 0 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BW

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
__WESTERN__ DIVISION

no $ paid

3:15-cv-2356

__GLEN COLLINS__          Civil Action No. _____ SEC. P
      Plaintiff

Prisoner # __201405079__

       VS.                                    Judge _____

__SHERIFF LEE HARRELL__     Magistrate Judge _____
      Defendant

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.  **Previous Lawsuits**

  a. Have you begun any other lawsuit while incarcerated or detained in any facility?
     Yes [ ]    No [✓]

  b. If your answer to the preceding question is "Yes," provide the following information.

     1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):
        N/A
        N/A

     2. Name the parties to the previous lawsuit(s):
        Plaintiffs: N/A
        Defendants: N/A

     3. Docket number(s): N/A

     4. Date(s) on which each lawsuit was filed: N/A

     5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:
        N/A

(Rev. 5/1/13)

    c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

        Yes [ ]   No [✓]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

N/A

N/A

**II.**    a.    **Name of institution and address of current place of confinement:**

RICHLAND PARISH DETENTION CENTER / 456 HWY 15, RAYVILLE, LA 71269

    b.    Is there a prison grievance procedure in this institution?

        Yes [✓]   No [ ]

        1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

            Yes [✓]   No [ ]

        2.    If you did not file an administrative grievance, explain why you have not done so.

N/A  SEE EXPLANATION IN QUESTION (3)

N/A  THERE IS NO GRIEVANCE PROCEDURE FOR PRE-TRIAL

        3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

(PRE-TRIAL) WE ARE FURNISHED A (1) PAGE GRIEVANCE FORM THAT IS NEVER ANSWERED, I FILED THIS FORM WITH NO RESPONCE

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.**    **Parties to Current Lawsuit:**

    a.    Plaintiff, CAPTAIN FARGALA

        Address R.P.S.O. 708 JULIA ST, COURTHOUSE, RAYVILLE, LA 71269

(Rev. 5/1/13)

b. Defendant, LT. TERRY A. PARRISH, is employed as DEPUTY R.P.S.O at R.P.S.O 708 JULIA, RAYVILLE, LA. 71269

Defendant, N/A, is employed as N/A at N/A.

Defendant, N/A, is employed as N/A at N/A.

Additional defendants, DOUGLAS WHEELER A.D.A., DISTRICT ATTORNEYS OFFICE, RICHLAND PARRISH RAYVILLE, LA. 708 JULIA ST. 71269

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

I WAS ARRESTED BY THE RICHLAND PARRISH SHERIFFS OFFICE. I WAS NEVER READ MY MIRANDA RIGHTS. ONCE I WAS GIVEN AN ATTORNEY, HE FAILED TO DO ANYTHING AT ALL FOR ME CAUSING ME TO HAVE TO FILE FOR RELIEF FROM THE COURTS ON MY OWN. AND EVENTUALLY JUST SIMPLY WALKED OUT OF THE COURTROOM AND OUT. I THEN FILED APPROPRIATE MOTION FOR DISCOVERY AND WAS DENIED ALL OF MY DISCOVERY TO AID IN PREPARING A DEFENSE AND ENJOY EQUAL PROTECTION. THE DISTRICT ATTORNEY DENIED MY REQUEST AND CONTINUES DENIAL TO THIS DAY EFFECTIVELY DENYING ME THE SAFE GUARD OF DUE PROCESS OF THE LAW AS WELL AS MY RIGHT TO AN ATTORNEY AN ACCESS TO THE COURTS.

(Rev. 5/1/13)

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I AM REQUESTING THIS COURT BE ORDERED TO GRANT ME MY GUARANTEED RIGHTS.

I AM ALSO ASKING THAT PUNITIVE DAMAGES IN THE SUM OF $500,000.00, BE LEVIED.

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 8th day of SEPTEMBER, 20 15.

N/A  #2015050179

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**    **Signature of Plaintiff**